# UNITED STATES JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

MDL No. __2804__ & TITLE - IN RE: __National Prescription Opiate Litigation__

Case Caption (Include Plaintiff, District, and Civil Action No.) (attach list if necessary):

Tarrant County Hospital District v. McKesson Corporation, et al, Case No. 1:21-op-45077
_____

# CORPORATE DISCLOSURE STATEMENT

The undersigned counsel for __Tarrant County Hospital District__, (attach list if necessary) certifies that this party is a governmental entity and that:

☐ This party's parent corporation(s) are listed below:

☐ The following publicly-held corporation(s) own 10% or more of the party's stock (attach list if necessary):

**OR**

☑ This party does not have any parent corporations; and no publicly-held corporation owns 10% or more of the party's stock.

/s/ Brant C. Martin  
_____  
Signature of Attorney

WICK PHILLIPS GOULD & MARTIN, LLP  
_____  
Name of Firm

100 Throckmorton Street, Suite 1500  
_____  
Address

Fort Worth, Texas 76102  
_____  
City/State/Zip Code

Date 06/15/21

**Instructions:**

1. Download the form. Fill out the form and save as a PDF document. All documents filed with the Judicial Panel should be in PDF Format including attachments and exhibits. The Corporate Disclosure Statement is to be filed as a separate document. Any documents submitted with the Corporate Disclosure Statement are attachments.
2. Select MDL from the menu bar at the top of the ECF screen.
3. Click on Corporate Disclosure Statement. Select Next.
4. Enter the three or four digit number (without the MDL letters) and click the Find This Case button.
5. If this is the correct MDL No., select next. Also, select next for the following screen.
6. Choose the cases for which the Disclosure Statement is being filed.
7. Select the party filing the Disclosure Statement
8. Select the document to which the Corporate Disclosure relates. (Note: Disclosures filed in new litigations will be linked to the initial Motion for Transfer and Disclosures filed in transferred litigations should be linked to the Conditional Transfer Order (CTO) or Motion and Brief to Vacate CTO).
9. Upload the Corporate Disclosure Form and any attachments as a PDF document.
10. Submit the Disclosure Statement by selecting the Next button.

## ATTORNEYS FOR PLAINTIFF CERTIFICATE OF SERVICE

This is to certify that on June 15, 2021, I electronically transmitted the foregoing document to the Clerk of Court using the ECF system for filing and transmittal of Notice of Electronic Filing to the ECF registrants.

*/s/ Brant C. Martin*
Brant C. Martin